**FILED**
HARRISBURG, PA

SEP 07 2023

PER_____ _____
             DEPUTY CLERK

# U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

## CERTIFICATE OF SERVICE

*(Use this form only if service is being made other than through the Court's electronic-filing system.)*

**Gene Stilp** vs. **Donald Trump**   Appeal No. _____

FRAP 25(b) through (d) require that at or before the time of filing a paper, a party must serve a copy on the other parties to the appeal or review. Unless the document is being served through the Court's electronic-filing system, the person making service must certify that the other parties have been served, indicating the date and manner of service, the names of the persons served, and their addresses. **You may use this form to fulfill this requirement.**
*Please type or print legibly.*

I hereby certify that on (date) __September 7, 2023__, a true and correct copy of the foregoing (title of filing) __Complaint and Request for Declaratory Relief__ has been (check one):

- ■ sent by mail, postage prepaid

- ☐ deposited in the prison's internal mailing system with first-class postage prepaid

- ☐ sent by electronic means with the consent of the person being served

- ☐ other (specify manner of service) _____

and properly addressed to the persons whose names and addresses are listed below:

**DonaldTrump**

**Mara Lago Estate**

**3505 Sunnit Boulevard**

**West Palm Beach, Florida**

**33405**

__GENE STILP__                    __[signature]__
Your Name (please print)          Your Signature

Rev.: 12/20