IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GENE STILP, | CIVIL NO. 1:23-CV-1489 |
| Plaintiff | Magistrate Judge Saporito |
| v. | |
| DONALD TRUMP, et al., | |
| Defendants | |

ORDER

AND NOW, this 20th day of September, 2023, IT IS HEREBY ORDERED THAT the Clerk of Court shall issue summons in the above-captioned action and provide same to plaintiff for service of the Doc. 6 amended complaint upon the named defendants.

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge