IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Gene Stilp,** | No: 1:23-CV-1489 |
| Plaintiff | |
| v. | (Magistrate Judge Bloom) |
| **Donald Trump,** *et al.***,** | |
| Defendants | *Electronically Filed Document* |

# ORDER

AND NOW, this _____ day of _____ 2023, upon consideration of Defendant Schmidt's Motion for Extension of Time to File Brief in Support of Motion to Dismiss, it is hereby ORDERED that said motion is GRANTED.

_____
**DARYL F. BLOOM**
**United States Magistrate Judge**