IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Gene Stilp,** <br><br> Plaintiff <br><br> v. <br><br> **Donald Trump**, *et al.*, <br><br> Defendants | No: 1:23-CV-1489 <br><br> (Magistrate Judge Bloom) <br><br><br> *Electronically Filed Document* |

# ORDER

AND NOW, this  26th  day of  December  2023, upon consideration of Defendant Schmidt's Motion for Extension of Time to File Brief in Support of Motion to Dismiss, it is hereby ORDERED that said motion is GRANTED.

s/Daryl F. Bloom
_____
**DARYL F. BLOOM**
**United States Magistrate Judge**